Citation Nr: 1829612 
Decision Date: 06/28/18 Archive Date: 07/02/18

DOCKET NO. 16-50 661 ) DATE
 )
 )

On appeal from the decision of the 
Department of Veterans Affairs Regional Office in Portland, Oregon


THE ISSUE

Whether the June 22, 2012 effective date for adding R. as dependent spouse with related payment commencing effective July 1, 2012 was proper.


REPRESENTATION

Appellant represented by: Vietnam Veterans of America


ATTORNEY FOR THE BOARD

C. Banks, Associate Counsel


INTRODUCTION

The Veteran served on active duty from November 1963 to August 1967, June 1969 to March 1971, and April 1971 to November 1975. 

This matter comes before the Board of Veterans' Appeals (Board) on appeal from an October 2015 rating decision issued by the Department of Veterans Affairs (VA) Regional Office (RO) in Portland, Oregon.
 

FINDINGS OF FACT

1. The Veteran in this case served on active duty from November 1963 to August 1967, June 1969 to March 1971, and April 1971 to November 1975.

2. On January 16, 2018, prior to the promulgation of a decision in the appeal, the Board received notification from the appellant, and through his authorized representative, that a withdrawal of this appeal is requested.


CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the appellant have been met. 38 U.S.C. § 7105(b)(2), (d)(5); 38 C.F.R. § 20.204.


REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C.A. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. In the present case, the appellant, through his authorized representative, has withdrawn this appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.


ORDER

The appeal is dismissed.




 
A. C. MACKENZIE
 Veterans Law Judge, Board of Veterans' Appeals




Department of Veterans Affairs